UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TESSA SLATER, | Case No. 3:10-cv-00495-ECR-VPC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | |
| | Date: May 12, 2011 |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

PRESENT:   EDWARD C. REED, JR.        U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN    Reporter:   NONE APPEARING

Counsel for Plaintiff(s)        NONE APPEARING

Counsel for Defendant(s)         NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

The parties submitted a Stipulation for Dismissal without Prejudice on March 17, 2011 (#12).

It is ordered that the Stipulation for Dismissal without Prejudice (#12) is <u>GRANTED</u>. It is further ordered that this case is closed.

LANCE S. WILSON, CLERK

By   /s/
     Deputy Clerk